# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re the Matter of the Estate of CALVIN COOLIDGE McDANIEL, Deceased. | CV 19-8587 DSF<br><br>Order Remanding Case |

For the same reasons given by this Court in In re Estate of Mary Huff, EDCV 19-1585 DSF (KKx), this case is REMANDED to the Superior Court of California, County of Los Angeles, Case No. 19STPB06514.

IT IS SO ORDERED.

Date: 10/19/2019

_____
Dale S. Fischer
United States District Judge